## 10449. BROOKS *v.* THE STATE.

LUKE, J. The court did not err in charging the jury on voluntary manslaughter, or in the failure to charge on involuntary manslaughter in the commission of a lawful act without due caution and circumspection; there is evidence to support the verdict, and the judgment is

*Affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 14, 1919.

Conviction of manslaughter; from Thomas superior court— Judge Thomas. February 8, 1919.

*Eldon L. Joiner,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.

---

## 10541. BOWMAN *v.* THE STATE.

LUKE, J. In the light of the qualifying notes of the trial judge, and when the entire evidence is considered, there is nothing in either of the two grounds of the amendment to the motion for a new trial which would authorize this court to set aside a verdict supported by the evidence and approved by the trial judge.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 14, 1919.

Conviction of manslaughter; from Sumter superior court—Judge Littlejohn. April 5, 1919.

*John A. Fort,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.